# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

------------------------

ERNESTO GONZALEZ RAMOS,

      Petitioner,

v.                                          No. 1:25-cv-00975-MLG-KRS

GEORGE DEDOS, in his official capacity
as Warden of Cibola County Correctional Center;
MARY DE ANDA-YBARRA, in her official capacity
as Field Office Director of the Immigration and
Customs Enforcement, Enforcement and Removal
Operations; KRISTI NOEM, in her official capacity
 as Secretary of the Department of Homeland Security;
and PAMELA BONDI, in her official capacity as
Attorney General,

      Respondents.

## ORDER FOR SERVICE AND TO SHOW CAUSE

Petitioner Ernesto Gonzalez Ramos seeks a writ of habeas corpus under 28 U.S.C. § 2241 directing federal immigration authorities to release him from custody, and if deemed proper, to impose reasonable conditions of supervision. Doc. 1 at 14. He also requests other declaratory relief. *Id*.

Having reviewed the current filings, it does not appear that Petitioner has made any effort to serve any of the respondents in this matter. Accordingly, the Court directs Petitioner to effectuate service of the Petition and this Order on Respondents within five days.[1] Petitioner shall file proof of service in conformity with the requirements of Federal Rule of Civil Procedure 4.

-------------------------------

[1] The Court's obligation to serve typical habeas corpus petitions stems from the Rules Governing Section 2254 Cases and Section 2255 Proceedings. For example, Rule 4 of the Rules Governing Section 2254 Cases requires "the clerk [to] serve a copy of the petition and any order on the respondent[.]" Similarly, the in forma pauperis statute provides a basis for court-supplied service of process. *See* 28 U.S.C. § 1915(d). Here, however, Petitioner does not seek relief under 28 U.S.C.

Respondents are ordered to respond to the Petition and show cause why it should not be granted within three days of receipt of service. *See* 28 U.S.C. § 2243.

The Court will set a hearing within five days after the Respondents file their response unless good cause is shown for additional time.[2] *Id.* If Petitioner desires to file a reply, he must do so within three days of the filing of the response.

It is so ordered.

_____

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

---

§§ 2254, 2255, or 1915. The Petition invokes the Court's authority to issue a writ under § 2241. *See* Doc. 1 at 2 ¶¶ 6, 8-9, 14 ¶ 4. Accordingly, the Federal Rules of Civil Procedure, including the service provisions of Rule 4(i), govern this case. *See* Fed. R. Civ. P. 81(a)(4).

[2] Note that the Court does not permit remote appearances. So, all interested counsel must appear for any hearings in person.